# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2019

159691(53)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF DEARBORN,
      Plaintiff/Counterdefendant-
      Appellee,

v

BANK OF AMERICA,
      Defendant/Cross-Defendant-
      Appellee,
and

WEST DEARBORN PARTNERS LLC,
      Defendant/Counterplaintiff/
      Cross-Plaintiff-Appellant.
_____/

MSC: 159691
COA: 339704
Wayne CC: 15-012788-CH

On order of the Chief Justice, the motion of appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 2, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2019



Clerk